JOSEPH L. NETTLES, as Receiver of the Stockholders' Liability of The Peoples State Bank of South Carolina, Appellant, v. STARLING W. CHILDS et al., Defendants, and ALICE F. COFFIN et al., Respondents.

Argued May 15, 1939; decided July 11, 1939.

*Albert C. Rothwell, Ben A. Matthews* and *James E. Austin* for appellant.

*Clifton S. Thomson, John A. Sullivan, Alan C. Doig, L. Reyner Samet* and *Harvey C. McClintock* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J. Taking no part: O'BRIEN, J.